██ In the Matter of CRYSTAL C., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WENDY C.-C., Appellant, et al., Respondent. (Appeal No. 4.) [817 NYS2d 563]—Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered September 6, 2005 in a proceeding pursuant to Family Court Act § 1055-a. The order directed petitioner to take steps to recruit prospective adoptive parents for the child.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of April C.* (31 AD3d 1200 [2006]). Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.

██ ROBERT DREW, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 107733.) [817 NYS2d 573]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered April 13, 2005. The order, among other things, denied in part claimant's motion for an order compelling defendant to respond to certain discovery demands and interrogatories.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.